UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

 

| AMELIA YOLANDA SPENCER, | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| | **PREPAYMENT OF FEES** |

V.

| COMMISSIONER of SOCIAL SECURITY, | CASE NUMBER:   **1:21-cv-00065-BAM** |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and the complaint having been filed in this action;

IT IS ORDERED that the application is:

☒ GRANTED.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

 

ENTER this    19    day of    January   ,    2021   .

/s/ *Barbara A. McAuliffe*
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer