JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amelia Yolanda Spencer, | Case No. 1:21-cv-0065-AWI-BAM |
| Plaintiff, | STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from October 7, 2021 to November 8, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause exists for this second extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this

district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number of merit briefs due in September and October 2021.  Thus, Counsel is requesting an extension into November 2021 to accommodate the number of cases due in September and October 2021.  For the week of October 4, 2021, Counsel has two Opening briefs, two letter briefs, one Motion for Summary Judgment, one Reply brief, and one Plaintiff's Portion of Joint Submission.   In addition, Counsel has nine administrative hearings before the Office of Hearings Operations for Social Security.

 Counsel is in the process of increasing support staff to accommodate the increase in the number of cases at the briefing stage. Counsel for the Plaintiff does not intend to further delay this matter.   Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 5, 2021  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
  JONATHAN OMAR PENA
  Attorneys for Plaintiff

Dated: October 5, 2021  PHILLIP A. TALBERT
  Acting United States Attorney
  DEBORAH LEE STACHEL
  Regional Chief Counsel, Region IX
  Social Security Administration

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:  *_/s/ Carol S. Clark_
    Carol S. Clark
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on October 5 ,2021)

## **ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Court HEREBY GRANTS the request. Plaintiff shall file her opening brief no later than November 8, 2021. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 6, 2021**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE