UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA YOLANDA SPENCER,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.  1:21-cv-00065-AWI-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING SOCIAL SECURITY COMPLAINT**<br><br>(Docs. 18, 19, 21) |

Plaintiff Amelia Yolanda Spencer ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for supplemental security income under Title XVI of the Social Security Act.

On September 27, 2022, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's appeal from the administrative decision of the Commissioner be denied and the Clerk of this Court be directed to enter judgment in favor of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against Plaintiff Amelia Yolanda Spencer.  (Doc. 21.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

1

service. (Id. at 14.) Plaintiff filed objections on October 11, 2022, and the Commissioner responded on October 25, 2022. (Docs. 22, 23.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on September 27, 2022 (Doc. 21) are adopted in full;
2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is denied;
3. The Clerk of the Court is directed to enter judgment in favor of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against Plaintiff Amelia Yolanda Spencer.

IT IS SO ORDERED.

Dated:   January 12, 2023

SENIOR DISTRICT JUDGE